IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02394-WYD-KLM

LINCOLN BENEFIT LIFE COMPANY, a Nebraska corporation,

      Plaintiff,

v.

DARREL LAMB, as Trustee of the Ruble D. Lamb Irrevocable Life Insurance Trust,
RUBLE D. LAMB,
DAVID PRICHARD,

      Defendants.

_____

## ORDER OF RECUSAL
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This case was drawn and subsequently referred [Docket No. 4] to me by District Judge Wiley Y. Daniel for pretrial case management.  Although I am fully confident that I am able to fairly, impartially, and disinterestedly adjudicate any issues that may come before me in this matter, 28 U.S.C. § 455(a) instructs that a Magistrate Judge "shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned."  In view of my longstanding friendship with Attorney Gayle Lynn Strong, new counsel for Defendant Darrel Lamb, *see Notice of Entry of Appearance* [Docket No. 15], and in order to avoid the appearance of impropriety, I hereby recuse myself from this matter.  Accordingly,

IT IS **ORDERED** that the Clerk of the Court shall assign another Magistrate Judge to this case.

Dated at Denver, Colorado, this    15th    Day of December, 2010.

BY THE COURT:

   s/  Kristen L.  Mix
Kristen L.  Mix
United States Magistrate Judge