IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02394-WYD-MJW

LINCOLN BENEFIT LIFE COMPANY, a Nebraska corporation,

Plaintiff(s),

v.

DARREL LAMB, as Trustee of the Ruble D. Lamb Irrevocable Life Insurance Trust,
RUBLE D. LAMB, and
DAVIE PRICHARD,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   It is hereby ORDERED that Plaintiff's Unopposed Joint Motion for Leave for Out of State Counsel to Appear by Telephone at Scheduling Conference (docket no. **46**) is GRANTED.  Counsel Katherine L. Villanueva and Brian H. Koch may appear at the Rule 16 Scheduling Conference before Magistrate Judge Watanabe on February 9, 2011, at 9:30 a.m. Mountain Time by telephone.  Both Counsel Ms. Villanueva and Mr. Koch shall be on one conference call before telephoning Magistrate Judge Watanabe's chambers on February 9, 2011, at 9:30 a.m. Mountain Time to participate in the Rule 16 Scheduling Conference.  Magistrate Judge Watanabe's chambers phone number is 303-844-2403.

Date:   February 03, 2011